rari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 892.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.

McCALEB and SUMMERS, JJ., are of the opinion that a writ should be granted.

152 So.2d 564

Joseph RIMBOLT, Jr.

v.

CITY OF NEW ORLEANS.

No. 46749.

May 14, 1963.

In re: City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 871.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.